IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 JAN 10 PM 3:45
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____ DEPUTY

| | | |
|---|---|---|
| **NORTHPOINT TCHNOLOGY, LTD., Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **DIRECT TV, INC., ECHOSTAR CORPORATION, and DISH NETWORK CORPORATION, Defendants.** | § | **CAUSE NO. A-10-CA-0903-JRN** |
| | § | |
| | § | |
| | § | |

**FINAL JUDGMENT**

Before the Court is the above-entitled cause of action. On December 29, 2010, Plaintiff filed a notice of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Clerk's Dkt. No. 14. Under Rule 41(a), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. In the present case, Defendants have not yet served either an answer or a motion for summary judgment. Accordingly, Plaintiff has successfully dismissed the above-entitled cause of action, and the Court hereby enters the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that all relief not expressly granted is hereby **DENIED**

**IT IS FURTHER ORDERED** that this action is hereby **CLOSED**.

**Signed and entered this** 10th **day of January 2011**

**JAMES R. NOWLIN**
**UNITED STATES DISTRICT JUDGE**